## Commonwealth *v.* Bailey, Appellant.

Argued March 19, 1974. *Robert R. Korn,* for appellant; *David Richman,* Assistant District Attorney, with him *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.